**NOT FOR PUBLICATION**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ELIZABETH BOARD OF EDUCATION,<br>Plaintiff/Counter-Defendant,<br>v.<br>J.B. and R.B. *on behalf of E.B.*,<br>Defendants/Counter-Claimants. | Civil Action No. 25-554 (SDW) (JBC)<br>**ORDER**<br>October 15, 2026 |

**WIGENTON**, District Judge.

Before this Court is the Report and Recommendation dated September 29, 2026 by Magistrate Judge James B. Clark (D.E. 36 ("R&R")) recommending denying Plaintiff's Motion to Supplement the Administrative Record pursuant to 20 U.S.C. § 1415(i)(2)(A) (D.E. 7). This Court has reviewed the reasons set forth in the R&R by Judge Clark.[1] Based on the foregoing, and for good cause shown,

**IT IS** on this 15th day of October 2026,

**ORDERED** that the R&R of Judge Clark is **ADOPTED** as the conclusion of law of this Court; and it is further

**ORDERED** that Plaintiff's Motion to Supplement the Administrative Record is **DENIED**.

**SO ORDERED.**

/s/ Susan D. Wigenton
**SUSAN D. WIGENTON, U.S.D.J.**

Orig: Clerk
cc: Parties
James B. Clark, U.S.M.J.

[1] The parties did not file objections to the R&R.